IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 11 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-00711-REB-MEH

JUDY LAWRENCE and
GALE GREENSTREET,
As Co-Trustees of the Red River Trust,

Plaintiffs,

v.

DISTRICT COURT JUDGE O. JOHN KUENHOLD,
acting without Jurisdiction of the proper parties,

Defendant,

## NOTICE OF APPEAL

Notice is hereby given that:

Plaintiffs, JUDY LAWRENCE and GALE GREENSTREET, As Co-Trustees of the Red

River, in the above named case, hereby appeal to the United States Court of Appeals for

the Tenth Circuit from the Order adopting Report and Recommendations entered in this

action on the 10th day of August, 2006.

Dated _September 8, 2006_

Gale Greenstreet, as Co-Trustee
of the Red River Trust
Box 776
Dalhart, Texas 79022
806-863-3922

Judy Lawrence, as Co-Trustee
of the Red River Trust
Rt. 3, Box 396
Dalhart, Texas 79022
806-384-2153