Case No. 1:06-cv-00711-REB-MEH   Document 22-1   filed 09/11/06   USDC Colorado   pg 1 of 1



Judy Lawrence
Rt 3 Box 396
Dalhart, Texas 79022

06-CV-00711-REB-MEH

BOISE CITY OK
SEP 8 2006 PM
73933

39 USA
APPALACHIANS

Office of the Clerk
United States District Court
Alfred A. Arraj Courthouse
901-19th St., Room A-105
Denver, Co. 80294-3589