nMon Sep 11 13:51:19 2006

UNITED STATES DISTRICT COURT

DENVER          , CO

Receipt No.    100 270900
Cashier        stacie

M.O.  Number:  93021510013

DO Code    Div No
 4613        1

Sub Acct Type Tender       Amount
1:510000  N     3          150.00
2:006900  N     3          105.00
3:006400  N     3          200.00

Total Amount          $    455.00

FROM JUDY LAWRENCE

06-CV-00711-REB-MEH, FILING OF APPEAL, S
G