UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
OFFICE OF THE CLERK

GREGORY C. LANGHAM, CLERK

ROOM C-145
UNITED STATES COURTHOUSE
1929 STOUT STREET
DENVER, COLORADO 80294-3589
PHONE (303) 844-3433
www.co.uscourts.gov

September 12, 2006

NOTICE OF ELECTRONIC FILING

**RE:    Lawrence et al v. Kuenhold**

District Court Case No. 06-cv-00711-REB-MEH
Notice of Appeal Filed by Judy Lawrence and Gale Greenstreet on 09/11/06
Fee Status:  Fees paid
Other Pending Appeals: none

Attached are the following documents for the parties in connection with the notice of appeal: Copy of the notice of appeal and a copy of the docket sheet.  Attached for the pro se appellant is a letter from the U.S. Court of Appeals and a Pro Se Docketing Statement.

The record on appeal will be transmitted to the Court of Appeals at a later date in accordance with the Tenth Circuit Rules.

Sincerely,
GREGORY C. LANGHAM, Clerk

by  s/ Bobbi Reed
Deputy Clerk

cc:    Clerk, U.S. Court of Appeals (with copy of docket sheet, copy of notice of appeal and the preliminary record)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF SERVICE (CM/ECF)


I hereby certify that on September 12, 2006, I mailed the Notice of Appeal using the CM/ECF

system which will send notification of such filing to the following individuals:

And I hereby further certify that I have mailed the above mentioned document to the following

non CM/ECF participants:

**Judy Lawrence**
Red River Trust
Rt. 3, Box 396
Dalhart, TX 79022

**Gale Greenstreet**
PO Box 776
Dalhart, TX 79022


GREGORY C. LANGHAM, Clerk

By    s/ Bobbi Reed
        Deputy Clerk