ALLMTN, APPEAL, TERMED

# U.S. District Court
## District of Colorado (Denver)
### CIVIL DOCKET FOR CASE #: 1:06-cv-00711-REB-MEH
#### Internal Use Only

Lawrence et al v. Kuenhold
Assigned to: Judge Robert E. Blackburn
Referred to: Magistrate Judge Michael E. Hegarty
Cause: 28:1391 Personal Injury

Date Filed: 04/17/2006
Date Terminated: 08/09/2006
Jury Demand: None
Nature of Suit: 290 Real Property: Other
Jurisdiction: Federal Question

**Plaintiff**

**Judy Lawrence**
*as Co-Trustees of the Red River Trust*

represented by **Judy Lawrence**
Red River Trust
Rt. 3, Box 396
Dalhart, TX 79022
PRO SE

**Plaintiff**

**Gale Greenstreet**

represented by **Gale Greenstreet**
P.O. Box 776
Dalhart, TX 79022
(806) 249-5326
PRO SE

V.

**Defendant**

**O. John Kuenhold**
*District Court Judge acting without
jurisdiction of the proper parties*

represented by **Dianne E. Eret**
Colorado Attorney General's Office-
Depart. of Law
1525 Sherman Street
5th Floor
Denver, CO 80203
303-866-5380
Fax: 303-866-5671
Email: dianne.eret@state.co.us
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/17/2006 | 1 | COMPLAINT for Vacation of a Void Judgment against O. John Kuenhold ( Filing fee $ 350, Receipt Number 267608) Summons Issued, filed by Judy Lawrence, Gale Greenstreet. (Attachments: # 1 Civil Cover |

| | | |
|---|---|---|
| | | Sheet # 2 Receipt)(bpm, ) (Entered: 04/17/2006) |
| 04/18/2006 | 2 | ORDER REFERRING CASE to Magistrate Judge Michael E. Hegarty by Judge Blackburn. (rebsec, ) (Entered: 04/18/2006) |
| 04/19/2006 | 3 | ORDER TO SHOW CAUSE: returnable by plaintiffs why complaint should not be dismissed for lack of jurisdiction. Show Cause Response due by 5/9/2006. Signed by Judge Michael E. Hegarty on 4/19/06. (gms, ) (Entered: 04/19/2006) |
| 05/08/2006 | 4 | RESPONSE TO ORDER TO SHOW CAUSE re 3 by Plaintiffs Judy Lawrence, Gale Greenstreet. (dln, ) (Entered: 05/08/2006) |
| 05/10/2006 | 5 | REPORT AND RECOMMENDATIONS re 1 COMPLAINT for Vacation of a Void Judgment. This matter be dismissed, in its entirety, without prejudice. Signed by Judge Michael E. Hegarty on 5/9/06. (dln, ) (Entered: 05/10/2006) |
| 05/16/2006 | 6 | MOTION for Extension of Time to File Response/Reply *To Complaint* by Defendant O. John Kuenhold. (Attachments: # 1 Proposed Order (PDF Only))(Eret, Dianne) (Entered: 05/16/2006) |
| 05/16/2006 | 7 | MEMORANDUM referring to Magistrate Judge Hegarty : 6 MOTION for Extension of Time to File Response/Reply *To Complaint* filed by O. John Kuenhold, by Judge Robert E. Blackburn on 5/16/06. (Text Only Entry - No Document Attached) (rebsec, ) (Entered: 05/16/2006) |
| 05/17/2006 | 8 | MINUTE ORDER granting 6 MOTION for Extension of Time to File Response/Reply To Complaint by Defendant O. John Kuenhold. Answer due 6/5/06 by Magistrate Judge Michael E. Hegarty on 5/17/06. (dln, ) (Entered: 05/17/2006) |
| 05/24/2006 | 9 | OBJECTION to 5 REPORT AND RECOMMENDATIONS by Plaintiffs Judy Lawrence, Gale Greenstreet. (dln, ) (Entered: 05/24/2006) |
| 05/30/2006 | 10 | RESPONSE to Motion re 6 MOTION for Extension of Time to File Response/Reply To Complaint by Defendant O. John Kuenhold filed by Plaintiffs Judy Lawrence, Gale Greenstreet. (dln, ) (Entered: 05/31/2006) |
| 06/05/2006 | 11 | MOTION to Dismiss by Defendant O. John Kuenhold. (Eret, Dianne) (Entered: 06/05/2006) |
| 06/06/2006 | 12 | MEMORANDUM referring to Magistrate Judge Hegarty : 11 MOTION to Dismiss filed by O. John Kuenhold, by Judge Robert E. Blackburn on 6/6/06. (Text Only Entry - No Document Attached) (rebsec, ) (Entered: 06/06/2006) |
| 06/14/2006 | 13 | RESPONSE to Motion re 11 MOTION to Dismiss by Defendant filed by Plaintiff Judy Lawrence. (dln, ) (Entered: 06/15/2006) |
| 06/30/2006 | 14 | REPLY to Response to Motion re 11 MOTION to Dismiss filed by Defendant O. John Kuenhold. (Attachments: # 1 Exhibit Westlaw, six pages, Case Number 06cv00711)(Eret, Dianne) (Entered: 06/30/2006) |
| 07/18/2006 | 15 | REPORT AND RECOMMENDATIONS re 11 MOTION to Dismiss by |

|  |  | Defendant O. John Kuenhold be granted and that the District Court dismiss this case without prejudice for lack of jurisdiction. Signed by Judge Michael E. Hegarty on 7/18/06. (dln, ) (Entered: 07/18/2006) |
|---|---|---|
| 07/24/2006 | ○16 | SURREPLY re 11 MOTION to Dismiss by Defendant filed by Plaintiffs Judy Lawrence, Gale Greenstreet. (dln, ) (Modified on 7/26/2006 to indicate STRICKEN pursuant to minute order) (dln, ). (Entered: 07/25/2006) |
| 07/26/2006 | ○17 | MINUTE ORDER: STRIKING 16 SURREPLY re 11 MOTION to Dismiss by Defendant filed by Plaintiffs by Judge Robert E. Blackburn on 7/26/06. (dln, ) (Entered: 07/26/2006) |
| 07/26/2006 | ○18 | OBJECTION to 15 REPORT AND RECOMMENDATIONS re 11 MOTION to Dismiss by Defendant O. John Kuenhold be granted by Plaintiffs Judy Lawrence, Gale Greenstreet. (dln, ) (Entered: 07/26/2006) |
| 08/04/2006 | ○19 | RESPONSE *to 18 OBJECTION to 15 REPORT AND RECOMMENDATIONS* by Defendant O. John Kuenhold. (Eret, Dianne) (Modified on 8/7/2006 to add linkage) (dln, ). (Entered: 08/04/2006) |
| 08/07/2006 | ○20 | Docket Annotation re: 19 RESPONSE to 18 OBJECTION to 15 REPORT AND RECOMMENDATIONS by Defendant. [entry modified to add linkage]. Text only entry - no document attached. (dln, ) (Entered: 08/07/2006) |
| 08/09/2006 | ○21 | ORDER adopting Report and Recommendations 5 REPORT AND RECOMMENDATIONS and 15 REPORT AND RECOMMENDATIONS. That plaintiffs' claims dismissed with prejudice . Signed by Judge Robert E. Blackburn on 8/9/06. (dln, ) (Entered: 08/10/2006) |
| 09/11/2006 | ○22 | NOTICE OF APPEAL as to 21 Order on Report and Recommendations, Order on Motion to Dismiss, by Plaintiffs Judy Lawrence, Gale Greenstreet. Filing fee paid: $455, receipt number 270900. Notice mailed to all counsel on 09/12/06. (Attachments: # 1 Envelope# 2 Receipt) (bjr2, ) (Entered: 09/12/2006) |