UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
OFFICE OF THE CLERK

GREGORY C. LANGHAM, CLERK

ROOM A-105
ALFRED A. ARRAJ U.S. COURTHOUSE
901 19TH STREET
DENVER, COLORADO 80294-3589
PHONE (303) 844-3433
www.cod.uscourts.gov

September 13, 2006

Clerk of Court
Unites States Court of Appeals for the Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

RE:    JUDY LAWRENCE, et al, vs. O. JOHN KUENHOLD

Court of Appeals Case No._____
District Court Case No. 06-cv-00711-REB-MEH

Dear Clerk:

We hand you herewith Volume I of the Record on Appeal in the above referenced case.

Sincerely,
GREGORY C. LANGHAM, Clerk

by___s/ Gail Shaw_____
Deputy Clerk

cc:  See Notice of Electronic Filing

# I N D E X

ALLMTN, APPEAL, TERMED

## U.S. District Court
## District of Colorado (Denver)
## CIVIL DOCKET FOR CASE #: 1:06-cv-00711-REB-MEH
## Internal Use Only

Lawrence et al v. Kuenhold
Assigned to: Judge Robert E. Blackburn
Referred to: Magistrate Judge Michael E. Hegarty
Cause: 28:1391 Personal Injury

Date Filed: 04/17/2006
Date Terminated: 08/09/2006
Jury Demand: None
Nature of Suit: 290 Real Property: Other
Jurisdiction: Federal Question

### Plaintiff

**Judy Lawrence**
*as Co-Trustees of the Red River Trust*

represented by **Judy Lawrence**
Red River Trust
Rt. 3, Box 396
Dalhart, TX 79022
PRO SE

### Plaintiff

**Gale Greenstreet**

represented by **Gale Greenstreet**
P.O. Box 776
Dalhart, TX 79022
(806) 249-5326
PRO SE

V.

### Defendant

**O. John Kuenhold**
*District Court Judge acting without*
*jurisdiction of the proper parties*

represented by **Dianne E. Eret**
Colorado Attorney General's Office-
Depart. of Law
1525 Sherman Street
5th Floor
Denver, CO 80203
303-866-5380
Fax: 303-866-5671
Email: dianne.eret@state.co.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/17/2006 | 1 | COMPLAINT for Vacation of a Void Judgment against O. John Kuenhold ( Filing fee $ 350, Receipt Number 267608) Summons Issued, filed by Judy Lawrence, Gale Greenstreet. (Attachments: # 1 Civil Cover |

| | | |
|---|---|---|
| | | Sheet # 2 Receipt)(bpm, ) (Entered: 04/17/2006) |
| 04/18/2006 | ●2 | ORDER REFERRING CASE to Magistrate Judge Michael E. Hegarty by Judge Blackburn. (rebsec, ) (Entered: 04/18/2006) |
| 04/19/2006 | ●3 | ORDER TO SHOW CAUSE: returnable by plaintiffs why complaint should not be dismissed for lack of jurisdiction. Show Cause Response due by 5/9/2006. Signed by Judge Michael E. Hegarty on 4/19/06. (gms, ) (Entered: 04/19/2006) |
| 05/08/2006 | ●4 | RESPONSE TO ORDER TO SHOW CAUSE re 3 by Plaintiffs Judy Lawrence, Gale Greenstreet. (dln, ) (Entered: 05/08/2006) |
| 05/10/2006 | ●5 | REPORT AND RECOMMENDATIONS re 1 COMPLAINT for Vacation of a Void Judgment. This matter be dismissed, in its entirety, without prejudice. Signed by Judge Michael E. Hegarty on 5/9/06. (dln, ) (Entered: 05/10/2006) |
| 05/16/2006 | ●6 | MOTION for Extension of Time to File Response/Reply *To Complaint* by Defendant O. John Kuenhold. (Attachments: # 1 Proposed Order (PDF Only))(Eret, Dianne) (Entered: 05/16/2006) |
| 05/16/2006 | ●7 | MEMORANDUM referring to Magistrate Judge Hegarty : 6 MOTION for Extension of Time to File Response/Reply *To Complaint* filed by O. John Kuenhold, by Judge Robert E. Blackburn on 5/16/06. (Text Only Entry - No Document Attached) (rebsec, ) (Entered: 05/16/2006) |
| 05/17/2006 | ●8 | MINUTE ORDER granting 6 MOTION for Extension of Time to File Response/Reply To Complaint by Defendant O. John Kuenhold. Answer due 6/5/06 by Magistrate Judge Michael E. Hegarty on 5/17/06. (dln, ) (Entered: 05/17/2006) |
| 05/24/2006 | ●9 | OBJECTION to 5 REPORT AND RECOMMENDATIONS by Plaintiffs Judy Lawrence, Gale Greenstreet. (dln, ) (Entered: 05/24/2006) |
| 05/30/2006 | ●10 | RESPONSE to Motion re 6 MOTION for Extension of Time to File Response/Reply To Complaint by Defendant O. John Kuenhold filed by Plaintiffs Judy Lawrence, Gale Greenstreet. (dln, ) (Entered: 05/31/2006) |
| 06/05/2006 | ●11 | MOTION to Dismiss by Defendant O. John Kuenhold. (Eret, Dianne) (Entered: 06/05/2006) |
| 06/06/2006 | ●12 | MEMORANDUM referring to Magistrate Judge Hegarty : 11 MOTION to Dismiss filed by O. John Kuenhold, by Judge Robert E. Blackburn on 6/6/06. (Text Only Entry - No Document Attached) (rebsec, ) (Entered: 06/06/2006) |
| 06/14/2006 | ●13 | RESPONSE to Motion re 11 MOTION to Dismiss by Defendant filed by Plaintiff Judy Lawrence. (dln, ) (Entered: 06/15/2006) |
| 06/30/2006 | ●14 | REPLY to Response to Motion re 11 MOTION to Dismiss filed by Defendant O. John Kuenhold. (Attachments: # 1 Exhibit Westlaw, six pages, Case Number 06cv00711)(Eret, Dianne) (Entered: 06/30/2006) |
| 07/18/2006 | ●15 | REPORT AND RECOMMENDATIONS re 11 MOTION to Dismiss by |

| | | |
|---|---|---|
| | | Defendant O. John Kuenhold be granted and that the District Court dismiss this case without prejudice for lack of jurisdiction. Signed by Judge Michael E. Hegarty on 7/18/06. (dln, ) (Entered: 07/18/2006) |
| 07/24/2006 | 16 | SURREPLY re 11 MOTION to Dismiss by Defendant filed by Plaintiffs Judy Lawrence, Gale Greenstreet. (dln, ) (Modified on 7/26/2006 to indicate STRICKEN pursuant to minute order) (dln, ). (Entered: 07/25/2006) |
| 07/26/2006 | 17 | MINUTE ORDER: STRIKING 16 SURREPLY re 11 MOTION to Dismiss by Defendant filed by Plaintiffs by Judge Robert E. Blackburn on 7/26/06. (dln, ) (Entered: 07/26/2006) |
| 07/26/2006 | 18 | OBJECTION to 15 REPORT AND RECOMMENDATIONS re 11 MOTION to Dismiss by Defendant O. John Kuenhold be granted by Plaintiffs Judy Lawrence, Gale Greenstreet. (dln, ) (Entered: 07/26/2006) |
| 08/04/2006 | 19 | RESPONSE to 18 OBJECTION to 15 REPORT AND RECOMMENDATIONS by Defendant O. John Kuenhold. (Eret, Dianne) (Modified on 8/7/2006 to add linkage) (dln, ). (Entered: 08/04/2006) |
| 08/07/2006 | 20 | Docket Annotation re: 19 RESPONSE to 18 OBJECTION to 15 REPORT AND RECOMMENDATIONS by Defendant. [entry modified to add linkage]. Text only entry - no document attached. (dln, ) (Entered: 08/07/2006) |
| 08/09/2006 | 21 | ORDER adopting Report and Recommendations 5 REPORT AND RECOMMENDATIONS and 15 REPORT AND RECOMMENDATIONS. That plaintiffs' claims dismissed with prejudice . Signed by Judge Robert E. Blackburn on 8/9/06. (dln, ) (Entered: 08/10/2006) |
| 09/11/2006 | 22 | NOTICE OF APPEAL as to 21 Order on Report and Recommendations, Order on Motion to Dismiss, by Plaintiffs Judy Lawrence, Gale Greenstreet. Filing fee paid: $455, receipt number 270900. Notice mailed to all counsel on 09/12/06. (Attachments: # 1 Envelope# 2 Receipt) (bjr2, ) (Entered: 09/12/2006) |
| 09/12/2006 | 23 | LETTER re Appeal to all counsel advising of the transmittal of the 22 Notice of Appeal filed by Judy Lawrence and Gale Greenstreet to the U.S. Court of Appeals. (Pro se; Fees paid) (Attachments: # 1 Notice of Appeal# 2 Docket Sheet)(bjr2, ) (Entered: 09/12/2006) |

* * * * * * * * * * * * * *

VOLUME I  – Pleadings