# United States Court of Appeals for the Tenth Circuit
## OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

September 26, 2006

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 26 2006

GREGORY C. LANGHAM
CLERK

Judy Lawrence
Red River Trust
Rt. 3 Box 396
Dalhart, TX 79022

Gale Greenstreet
Box 776
Dalhart, TX 79022

Re:    06-1397, Lawrence v. Kuenhold
       Dist/Ag docket:  06-CV-00711-REB-MEH

Dear Appellants:

This appeal has been docketed.

The district clerk has transmitted, or will transmit, to the court of appeals as the record on appeal, copies of all documents filed in the district court except those excluded by 10th Cir. R. 10.3(E).

Appellant shall file an opening brief within 40 days of the date of this letter. Failure to file a brief is ground for dismissal without further notice. Motions for extension of time are not favored and, absent extraordinary circumstances, will not be granted.

Appellant may use the enclosed form or may file a separate brief. If appellant elects not to use the form, appellant's brief must comply with the Federal Rules of Appellate Procedure and Tenth Circuit Rules. Failure to file a brief is grounds for dismissal without further notice.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk, Court of Appeals

By: Deputy Clerk

clk:afw
Enclosure

cc:     Dianne E. Eret, Asst. Atty. General
        Gregory C. Langham, Clerk