## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
## OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

March 27, 2008

Douglas E. Cressler
Chief Deputy Clerk

Mr. James D. Kilroy
Lee A. Mickus
Snell & Wilmer
1200 17th Street, Suite 1900
Denver, CO 80202-0000

Gale Greenstreet
Box 776
Dalhart, TX 79022-0000

Judy Lawrence
Red River Trust
Rt. 3 Box 396
Dalhart, TX 79022-0000

**RE:     06-1397, Lawrence, et al v. Kuenhold**
Dist/Ag docket: 06-CV-00711-REB-MEH

Dear Counsel and Appellants:

Enclosed is a copy of the order and judgment.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:     Dianne E. Eret